UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
IN ADMIRALTY

WHITNEY NATIONAL BANK, etc.

     Plaintiff,

vs.                                                     CASE NO. 3:09-cv-00162-RV/MC

M/V JOB SITE, its engines, tackle,
apparel, etc., *in rem*, and JOB SITE, LLC,
a Florida limited liability company,
TIMOTHY L. HENDERSON, and
MICHAEL HENDERSON also known as
MICHAEL LEE HENDERSON, *in personam*

     Defendants.
_____

**DEFAULT JUDGMENT**
_____

This cause having come before the Court on plaintiff's motion for default judgment against the defendants (Doc 17) and the Court having reviewed the official file, the affidavit of Doug Hale submitted with the motion (Doc 17-2), and the memorandum in support (Doc 18), finds that the motion is GRANTED. Plaintiff is entitled to a final default judgment of foreclosure against the *in rem* defendant and a default judgment against the *in personam* defendants for liability for the amount of the outstanding indebtedness on the preferred ship mortgage held by the plaintiff, pursuant to 42 U.S.C. § 31325(b)(2)(B), and for attorney fees, pre-judgment and post-judgment interest and costs in an additional amount to be determined at a later time.

Accordingly, it is ORDERED and ADJUDGED that,

1.	Pursuant to Title 46, United States Code, Section 31325(c), this Court has jurisdiction of the subject matter of the parties hereto and has jurisdiction to render this judgment.

2.	As of June 11, 2009, Defendants Job Site, LLC, Timothy L. Henderson and Michael Henderson, also known as Michael Lee Henderson, owe Plaintiff, jointly and severally, the following amounts as set forth in the affidavit of plaintiff's vice president which is attached to plaintiff's motion for default judgment (Doc 16):

| | | |
|---|---:|---:|
| Principal Amount Due at Maturity, March 23, 2009 | $360,185.65 | |
| Interest from maturity to June 11, 2009, at the rate prescribed in the note of 7.5% ($75.0386 per diem) | 15,022.26 | |
| Late Fees | 744.28 | |
| **LOAN AMOUNT DUE as of 6/11/09** | | **$375,952.19** |
| Court Costs, filing fees | 350.00 | |
| U.S. Marshal Service and Arrest Fees | 473.00 | |
| Publication of Arrest in Newspaper | 140.32 | |
| Certified Vessel Abstract, US Coast Guard | 29.00 | |
| Deposit to U.S. Marshal, per Rule E(5)(a) | 5,000.00 | |
| Arrest and Service fees to U.S. Marshal | 473.00 | |
| Substitute Custodian fees | 1,333.70 | |
| **COSTS as of 6/11/09** | | **7,799.02** |
| **ATTORNEY FEES and COSTS**<br>    *To be determined* | TBD | |
| **TOTAL LOAN AMOUNT AND COSTS AS OF 6/11/09** | | **$383,751.21** |

3.	Plaintiff has not waived the right to collect attorney's fees and costs in this matter and the Court retains jurisdiction to determine those amounts at a later time.

4.	Plaintiff holds a lien for the total sum due in Paragraph 2 which is superior to any claim or estate of defendants on the following described vessel and appurtenances:  The M/V JOB SITE, official number 1075445, its engines, tackle, etc.

5.      The aforesaid sums, together with costs and interest accruing subsequent to June 11, 2009, and attorney fees in an amount not yet determined have not been paid.

6.      Plaintiff is entitled to judgment in the amount specified in Paragraph 2 above, foreclosure of its lien and any process which may issue in execution of this judgment.

7.      This Court retains jurisdiction to determine the final amount of costs and interest accruing subsequent to June 11, 2009, and the total amount of attorney fees.

**ORDERED AND ADJUDGED** as follows:

1.      Oral argument is not required.

2.      Plaintiff's Motion for Entry of Default Judgment of Foreclosure and Liability (Docket 17-1) against M/V JOB SITE, its engines, tackle, apparel, etc., *in rem*, and Job Site, LLC, Timothy L. Henderson, and Michael Henderson, also known as Michael Lee Henderson, *in personam*, is granted.

3.      Plaintiff Whitney National Bank has a valid and enforceable Preferred Ship's Mortgage lien against the M/V JOB SITE, its engines, tackle, apparel, etc. ("Vessel") in the amount of **$383,751.21** as of June 11, 2009, together with additional sums of interest accruing at the annual rate of 7.5% at $75.0386 a day from June 12, 2009, until the date this order is entered, post-judgment interest at the allowable rate, costs accrued after June 11, 2009, and reasonable attorney fees incurred after June 11, 2009, in amounts which shall be settled and taxed as determined by further order or judgment of this court and to be paid at the time of distribution of the proceeds collected from the sale of the defendant vessel;

4.      Foreclosure against Defendant M/V JOB SITE, its engines, tackle, apparel, etc. is granted and the Vessel is condemned to be sold by the United States Marshal at public auction;

5. Plaintiff Whitney National Bank shall recover from Job Site, LLC, Timothy L. Henderson and Michael Henderson, also known as Michael Lee Henderson, *in personam*, jointly and severally, any deficiency remaining unsatisfied after the distribution of the proceeds of the sale of the Vessel in an amount to be determined by further order or judgment of this Court; and

6. The court shall retain jurisdiction of all issues not adjudicated herein; in particular a final determination of all amounts owed by the *in personam* defendants to plaintiff..

**DONE AND ORDERED** in chambers at Pensacola, Florida on June 15, 2009.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Sula S. McAuley, Attorney for Plaintiff
Job Site, LLC
Timothy L. Henderson
Michael Henderson