**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
IN ADMIRALTY**

WHITNEY NATIONAL BANK, etc.

    Plaintiff,

vs.                                    CASE NO. 3:09-cv-00162-RV/MD

M/V JOB SITE, its engines, tackle,
apparel, etc., *in rem*, and JOB SITE, LLC,
a Florida limited liability company,
TIMOTHY L. HENDERSON, and
MICHAEL HENDERSON also known as
MICHAEL LEE HENDERSON, *in personam*

    Defendants.

_____

**ORDER GRANTING LEAVE TO INSPECT AND SURVEY
THE DEFENDANT VESSEL**
_____

THIS CAUSE came before the Court upon the Motion of Whitney National Bank, Plaintiff, requesting permission to have Whitney National Bank and/or its agents or assigns, perform an inspection and survey on the Defendant vessel. The Court, having considered Plaintiff's Motion, the record herein, and being otherwise advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1. That Plaintiff's Motion to Permit Inspection and Survey on the Defendant vessel should be, and is hereby, GRANTED; and

2. That Whitney National Bank and/or its agents or assigns should be, and is hereby, authorized and permitted to perform an inspection and survey on the Defendant

{WNB\095129\A0492154.DOC}

vessel at its present location and at a date and time mutually agreeable to Whitney National Bank and the vessel's substitute custodian.

DONE AND ORDERED at Pensacola, Florida, this 6th day of July, 2009.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Sula S. McAuley
Attorney for Whitney National Bank

Substitute Custodian
Captain's Choice Boats, Inc.
Mitchell D. Kaplan, President
67 Eglin Street
Fort Walton Beach, FL3 547
choiceboats@aol.com

U.S. Marshall
C/O Deputy Nicole Key
Asset Forfeiture Unit Coordinator
USMS – Northern District of Florida
111 N. Adams Street, Suite 277
Tallahassee, FL   32301